# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1076**                                                                 **September Term, 2022**

                                                                                    **FDA-04/08/2022 Order**

                                                                    **Filed On: October 21, 2022** [1970068]

Fontem US, LLC,

       Petitioner

   v.

United States Food and Drug
Administration,

       Respondent

## O R D E R

     Upon consideration of petitioner's unopposed motion to continue oral argument, it is

     **ORDERED** that the motion be granted and this case is removed from the December 14, 2022 oral argument calendar. The Clerk is directed to reschedule this case for oral argument as soon as the business of the court permits.

### Per Curiam

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                          BY:    /s/
                                           Michael C. McGrail
                                           Deputy Clerk